## THORNTON *v.* CITY OF NATCHEZ.

ERROR TO THE SUPREME COURT OF MISSISSIPPI.

No. 462. Motion to dismiss or affirm.—Submitted November 16, 1908.—Decided November 30, 1908.

Writ of error to review judgment of state court, 88 Mississippi, 1, dismissed for want of jurisdiction under § 709, Rev. Stat., without opinion.

*Mr. Robert H. Thompson, Mr. Thomas A. McWillie* and *Mr. William C. Martin* for defendants in error in support of the motion.

*Mr. Wade R. Young* for plaintiffs in error in opposition to motion to dismiss.

*Per Curiam:* Writ of error dismissed for want of jurisdiction. *Thornton* v. *Natchez,* 88 Mississippi, 1; *S. C.;* 129 Fed. Rep. 86, 87; *S. C.,* 197 U. S. 620; *Harrison* v. *Myer,* 92 U. S. 111; *Moran* v. *Horsky,* 178 U. S. 205; *New Orleans Water Works Co.* v. *Louisiana Sugar Refining Co.,* 125 U. S. 18; *St. Paul Gas Light Co.* v. *St. Paul,* 181 U. S. 142, 148; *Beals* v. *Cone,* 188 U. S. 184; *Winona & St. Peter Railroad Company* v. *Plainview,* 143 U. S. 371, 390; *Hammond* v. *Johnston,* 142 U. S. 73.